IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-19 |
| | ) | |
| FRANCISCO VENICIO-ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Francisco Venicio-Alvarez, pursuant to an Indictment returned against him by the Federal Grand Jury on February 5, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-5-08

AND NOW, this 5th day of February, 2008, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of FRANCISCO VENICIO-ALVAREZ.

_____
Honorable Leonard P. Stark
United States Magistrate Judge